

**Fw: Activity in Case 2:14-cr-00261-RJS USA v. Naa Notice to Receiving District of Criminal Case Transfer**

CrimIntakeCourtDocs-LA   to:  CrimIntakeCourtDocs-RS          05/24/2017 09:06 AM
Sent by: Andres Pedro

From:     CrimIntakeCourtDocs-LA/CACD/09/USCOURTS
To:       CrimIntakeCourtDocs-RS/CACD/09/USCOURTS@USCOURTS
Sent by:  Andres Pedro/CACD/09/USCOURTS

Hi all,

The above listed TOJ is related to **5:17-cr-00082-JGB-1**

Thanks,

----- Forwarded by Andres Pedro/CACD/09/USCOURTS on 05/24/2017 09:05 AM -----

From:     utd_enotice@utd.uscourts.gov
To:       ecf_notice@utd.uscourts.gov
Date:     05/23/2017 08:30 AM
Subject:  Activity in Case 2:14-cr-00261-RJS USA v. Naa Notice to Receiving District of Criminal Case Transfer

*FILED 2017 MAY 24 AM 9:09 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE*

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6851
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## US District Court Electronic Case Filing System

### District of Utah

### Notice of Electronic Filing

The following transaction was entered on 5/23/2017 at 9:30 AM MDT and filed on 5/22/2017

**Case Name:** USA v. Naa
**Case Number:** [2:14-cr-00261-RJS](#)
**Filer:**
**Document Number:** [39](#)

**Docket Text:**
Notice to USDC Central District of California of a Transfer of Jurisdiction as to Epeti Naa. Your case number is: 5:17cr82-JGB. Docket sheet and documents attached. If you require a copy of the criminal financial statement, please email your request to UTDecf_Forders@utd.uscourts.gov. (If you require certified copies of any documents, please send a request to utdecf_clerk@utd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # (1) Appendix)(jds)


**2:14-cr-00261-RJS-1 Notice has been electronically mailed to:**

Charles E. Danny Frazier, Jr    flfpclegal@gmail.com

Stephen L. Nelson    stephen.nelson@usdoj.gov, CaseView.ECF@usdoj.gov, emily.goodman@usdoj.gov

**2:14-cr-00261-RJS-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=5/23/2017]
[FileNumber=3613168-0
] [95598dc05ac8f6498a94529725e13c8bc78f6e9d53e1353cd63a8be38315fccf1f7
5473345571f913b5b14c54f86e6bb0d162703aa6c4543b529b2f25f8615a3]]
**Document description:**Appendix
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=5/23/2017]
[FileNumber=3613168-1
]
[083533e84478d9e9736713a56ed00700b0ca79be1b79dbf590b3525df6052b6e907
f8f3f5bf3067b9bc4d9600ae2121b23742a5a9b8829538b1bab14c3bee91c]]