# United States District Court
## for
## Central District of California

U.S. vs.    Epeti Naa                                  Docket No.      5:17–cr–00082–JGB–ODW–1

**"STAR" Program Status Report (Compliance)**

Hearing Date   1/9/2018

There have been no violations since the last appearance in the "STAR" Program. Accordingly, the Team recognizes the participant's accomplishments by taking the following actions:

| | |
|---|---|
| X | Case continue without further action. |
| _ | Other: |
| _ | Changes in currect treatment: |
| _ | Reside at and satisfactorily participate in a residential re-entry center (RRC) under the <u>pre-release component</u> for a period not to exceed __ days or until successfully discharged by the Probation Officer and RRC Director and the PO. Subsistence is waived. |

All previously imposed terms and conditions of Probation or Supervised Release remain in effect, unless expressly noted otherwise.

The next STAR Program review date is on   1/16/2018   at   02:00 PM   at the U.S. Courthouse,   3470 Twelfth Street, Riverside, CA 92501.

                                                                                                      _: 20
                                                                                                         dts

**ADDITIONAL COMMENTS:**

PSI/SUP707
02/01/2010