PROB 12
(Rev. 11/04)



# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Epeti Naa          Docket No.: EDCR17-00082-JGB-ODW

### Petition on Probation and Supervised Release (STAR Sanction)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Epeti Naa who was placed on supervision by the Honorable ROBERT J. SHELBY sitting in the Court at Salt Lake City, Utah, on the 4th day of August, 2015 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on May 16, 2017. On December 18, 2017 Mr. Epeti Naa commenced participation the Substance Abuse Treatment and Reentry Program (STAR) and Jurisdiction was temporarily transfered to the Honotable OTIS D. WRIGHT II.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Naa is currently in violation of the STAR program, after he failed to report for Court sessions on February 14 and 20, 2018, and again on March 6, 2018.

In addition on January 4, 24, 30, 2018 and on February 14, 20, 23 and 28, 2018 tested positive for amphetamines. Mr. Naa has admitted that he used methamphetamine on those dates.

Per Your Honor's request, upon apprehension of the offender, the initial detention hearing and any subsequent hearings are to be held directly before Your Honor.

**PRAYING THAT THE COURT WILL ORDER** Mr. Naa taken into custody, and he be detained pending placement into a residential treatment program.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 20th day of March, 2018 and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
| *[signature]* | Executed on March 16, 2018 |
| United States District Judge<br>HONORABLE OTIS D. WRIGHT, II | SHERRY HARRISON /s/<br>U. S. Probation Officer<br>Place: Riverside, California |