UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  EDCR 17-00082-JGB-ODW                                   Date: March 20, 2018

Present: The Honorable: **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

Interpreter  None

| Irene Vazquez | RS-CS-4 03-20-2018 | Abigail Evans |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|
| Epeti Naa | X | | Raul Ayala, DFPD | X | X |

**Proceedings: STATUS CONFERENCE / STAR REVOCATION HEARING**

This matter came before the Court for a status conference and revocation hearing. Appearing on behalf of the defendant was Deputy Federal Public Defender Raul Ayala, and appearing on behalf of the government was Assistant United States Attorney Abigail Evans. Also present was United States Probation Officer Sherry Harrison.

The defendant, after having been advised of the allegations contained in the Petition filed on March 20, 2018 and placed under oath, admitted to the truthfulness of each allegation contained in the Petition. The Court finds the defendant violated the terms and conditions of the STAR program.

Following argument from counsel, and allocution by the defendant, the Court orders defendant shall continue in the STAR program under the terms and conditions of supervision and the program previously set, with the following additional conditions: Defendant shall reside at and participate in a residential treatment facility as approved by the probation officer. The defendant shall observe the rules of that facility for a period not to exceed 180 days or until discharged by the program director of the facility. The subsistence fees are waived.

Defendant is hereby placed into the custody of the United States Marshals and shall remain in custody until bed space in a residential treatment facility becomes available. The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

United States Marshals shall release the defendant to a United States Probation Officer when a bed space at a residential treatment facility becomes available.

The Court sets a status conference for April 26, 2018, at 11:00 a.m.

cc:   USM-RS
      USPO Sherry Harrison

|  | :31 |
|---|---|
| **Initials of Deputy Clerk** | iv |