## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR17-00082-JGB-ODW-1 |
| Date | May 7, 2019 |

Present: The Honorable **SHERI PYM, UNITED STATES MAGISTRATE JUDGE**

Interpreter: none

| John Lopez | CS-RS-3 5/7/19 | Abigail Evans |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Epeti Naa | X | X | | Raul Ayala, DFPD | X | | |

**Proceedings:** STATUS CONFERENCE

The case is called and counsel state their appearances. Appearing on behalf of the defendant is Raul Ayala, Deputy Federal Public Defender, and appearing on behalf of the government is Assistant United States Attorney, Abigail Evans. Also present is United States Probation Officer, Sherry Harrison. After conferring with counsel and the defendant in open court, the defendant voluntarily withdraws from the STAR program.

The court orders the defendant to report to the CLARE Foundation on May 25, 2019 at 2:30 pm.

          00 : 07

Initials of Deputy Clerk   jlo

cc: Sherry Harrison