FILED
2019 AUG -9  AM 10: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EPETI NAA USMS# 18517-081 DEFENDANT(S). | CASE NUMBER: EDCR17-00082-JGB |
|---|---|
| | REPORT COMMENCING CRIMINAL ACTION |

TO:  CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 08/08/2019 - 12:00 ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑   No ☐
3. Charges under which defendant has been booked:
   Title 18 United States Code, Section: 3583(e)(3)
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1984
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel ?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer   Time: 10:30   AM / PM
14. Remarks (if any): _____

15. Date: 08/09/2019
16. Name: Steven Lipscomb (Please Print)
17. Agency: U.S. Marshals
18. Signature: _____
19. Office Phone Number: 951-276-6160

CR-64 (06/09)         REPORT COMMENCING CRIMINAL ACTION