UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.  EDCR 17-00082-JGB                                               Date: August 26, 2019

Present: The Honorable:  **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Maynor Galvez | Phyllis A. Preston | Abigail Evans |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| EPETI NAA | X | | CIT. | Raul Ayala, DFPD | X | X | |

**Proceedings: SUPERVISED RELEASE REVOCATION HEARING (FINAL)**

Counsel state their appearances.  Also present is United States Probation Officer Sherry Harrison.

The Court arraigns the Defendant on the Probation Officer's Petition filed on July 24, 2019.  The Defendant is placed under oath and admits the Allegations contained in the Petition.  The Court accepts the admissions as knowingly, voluntarily, and intelligently made, and finds the Defendant in violation of the terms and conditions of his supervised release.

The Court revokes supervised release and proceeds with sentencing.  Defendant EPETI NAA is committed to the custody of the Bureau of Prisons for a term of SEVEN (7) MONTHS, with no supervision to follow.  See separate judgment.

Defendant is informed of his right to appeal.

**IT IS SO ORDERED.**

cc:  USM/USPO

                                                                                                          : 18
                                                          **Initials of Deputy Clerk**   MG