CC: USPO, USM-ED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. EDCR 17-00082-JGB |
|---|---|
| Plaintiff, | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | |
| EPETI NAA, | |
| Defendant. | |

  This matter arises from a judgment issued by the District of Utah. Pursuant to 18 U.S.C. § 3605, jurisdiction of the supervised releasee was transferred to the Central District of California on May 18, 2019.

  On August 26, 2019, the matter came on for hearing on the Petition for Revocation of Supervised Release ("Petition"), filed on July 24, 2019, in the Central District of California. Deputy Federal Public Defender Raul Ayala appeared on behalf of the Defendant. Assistant United States Attorney Abigail Evans appeared for the Government. U.S. Probation Officer Sherry Harrison was also present. Defendant was informed of the Allegations as set forth in the Petition. Defendant acknowledged receiving a copy of the Petition, and thereafter admitted the allegations in the Petition were truthful, and that he committed the violations as alleged.

  The Court found the Defendant in violation of the terms and conditions of his Supervised Release as set forth in the Judgment and Probation/Commitment Order of

the United States District Court, District of Utah, imposed on August 4, 2015.

    IT IS THE JUDGMENT OF THE COURT, that Supervised Release is hereby revoked. Defendant EPETI NAA is hereby committed to the custody of the Bureau of Prisons for a term of SEVEN (7) MONTHS with no supervision to follow.

DATED: September 18, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

CLERK, U.S. DISTRICT COURT

By: _____
Maynor Galvez, Courtroom Deputy